IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL DESHAWN WINFREY, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-1936 |
| | § | |
| WILLIAM STEPHENS, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner's Rule 60(b)(6) motion (Docket Entry No. 21) is DENIED. No meritorious grounds or exceptional circumstances meriting Rule 60(b)(6) relief are shown. Moreover, the motion has not been made within a reasonable time. Regardless, petitioner presents no grounds for relief that were not raised, or could not have been raised, in his Rule 59 motion for new trial.

Signed at Houston, Texas on April 4, 2016.

_____
Gray H. Miller
United States District Judge